UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20185-CR-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,
v.

OSCAR SEPULVEDA MURILLO,
    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R
## AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Omnibus Report and Recommendation (R&R) [DE 13] of the Honorable Barry L. Garber recommending that the Defendant Oscar Sepulveda Murillo's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Murillo's plea of guilty is accepted, and Defendant Oscar Sepulveda Murillo is adjudicated guilty as to Count 1 of the Indictment.

DONE AND ORDERED in Miami, Florida this 31st day of May, 2012.

                                                            PATRICIA A. SEITZ
                                                           UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Judge Barry L. Garber